COMBINED METALS REDUCTION CO., Respondent v. TOOELE COUNTY, a body corporate and politic of the State of Utah, and Phares Haynes, as Treasurer of Tooele County, Utah Appellants.

No. 6907. Decided January 6, 1947. (176 P. 2d 630.)

See 51 Am. Jur., 660.

*A. Pharis Johnson,* City Atty., of Tooele, *Zar E. Hayes* and *Arthur H. Nielsen,* Deputy Attys. Gen., and *Grover A. Giles,* Atty. Gen., for appellants.

*Herbert Van Dam, Jr.,* of Salt Lake City, for respondent.

LARSON, Chief Justice.

This is a companion case to *United States Smelting, Refining & Mining Co.* v. *Phares Haynes, County Treasurer of Tooele County,* decided this day, 111 Utah 172, 176 P. 2d 622. The essential facts are the same and the issues present the same questions. The only essential difference is that here judgment was entered on the pleadings, while in that case evidence was taken. Since there is no essential difference in the facts and the issues are the same, the results must be the same. Upon the conclusions reached in that case, the judgment herein must be reversed. It is so ordered. Costs to appellants.

McDONOUGH, WADE, and WOLFE, JJ., concur.

PRATT, J., dissents for the reasons stated in his opinion in *United States Smelting, Refining and Mining Company* v. *Phares Haynes,* as County Treasurer of Tooele County.